UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARO TECHNOLOGIES, LLC,<br>        Plaintiff,<br><br>    v.<br><br>NIANTIC, INC.,<br>        Defendant. | Case No. 18-cv-02955-RS<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

After considering the Joint Case Management Statement submitted by the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **January 14, 2021 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

    2.    PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than June 10, 2021. The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

    3.    SCHEDULE THROUGH TRIAL.

The case shall proceed through trial as follows.

| Event | Date |
|---|---|
| Deadline for Niantic to file its anticipated Rule 12(c) motion | April 23, 2020 |
| Resumption of Fact Discovery | Either June 1, 2020 or following resolution of Niantic's Rule 12(c) Motion, whichever is later. |
| Advice of Counsel Disclosures (L.R. 3-7) | August 17, 2020 |
| End of fact discovery (including resolution of all discovery motions and supplementations) | December 11, 2020 |
| Exchange list of expert witnesses expected to be called at trial | December 18, 2020 |
| Opening expert reports (for issues on which a party has the burden of proof) | December 18, 2020 |
| Further Case Management Conference | January 14, 2021 |
| Exchange supplemental list of expert witnesses expected to be called at trial | February 19, 2021 |
| Rebuttal expert reports (for issues on which a party does not bear the burden of proof) | February 19, 2021 |
| End of expert discovery | March 26, 2021 |
| Last day for the Court to hear a dispositive motion | June 10, 2021 |
| Pretrial disclosures | July 16, 2021 |
| Final Pretrial Conference | August 4, 2021 |
| Trial | August 23, 2021 |

4.  PRETRIAL CONFERENCE.

The final pretrial conference will be held on **August 4, 2021 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

5.  TRIAL DATE.

A jury trial shall commence on **August 23, 2021 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: April 9, 2020

RICHARD SEEBORG
United States District Judge